```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 08 B 18496
   GLENANN SPAULDING
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-2922


------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 07/18/2008 and was not confirmed.

     The case was dismissed without confirmation 01/12/2009.
------------------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                           PAID          PAID
------------------------------------------------------------------------------

NORDSTROM FSB            UNSECURED           1726.79         .00           .00
WELLS FARGO HOME MTG     CURRENT MORTG          .00          .00           .00
HSBC MORTGAGE SVCS       CURRENT MORTG          .00          .00           .00
HSBC MORTGAGE SVCS       MORTGAGE ARRE       296.85          .00           .00
ROUNDUP FUNDING LLC      UNSECURED           369.42          .00           .00
WASHINGTON MUTUAL BANK   NOTICE ONLY      NOT FILED          .00           .00
ECMC                     UNSECURED         23702.50          .00           .00
AMERICAN EXPRESS         UNSECURED          3110.95          .00           .00
AMEX                     NOTICE ONLY      NOT FILED          .00           .00
ARS RECOVERY SERVICES    UNSECURED        NOT FILED          .00           .00
ARS RECOVERY SVC         NOTICE ONLY      NOT FILED          .00           .00
ARS RECOVERY SVC         NOTICE ONLY      NOT FILED          .00           .00
CASH DIRECT NOW.COM GECC UNSECURED        NOT FILED          .00           .00
CHADWICKS                UNSECURED        NOT FILED          .00           .00
ROUNDUP FUNDING LLC      UNSECURED         10250.73          .00           .00
CHASE                    NOTICE ONLY      NOT FILED          .00           .00
CHASE MANHATTAN          UNSECURED        NOT FILED          .00           .00
CHASE                    NOTICE ONLY      NOT FILED          .00           .00
DELL FINANCIAL SERVICES  UNSECURED          3360.52          .00           .00
CITIBANK                 NOTICE ONLY      NOT FILED          .00           .00
DELL FINANCIAL SVS       UNSECURED        NOT FILED          .00           .00
MACYS RETAIL HOLDINGS    UNSECURED          1283.61          .00           .00
DSNB/MACY                NOTICE ONLY      NOT FILED          .00           .00
FIGIS INC                UNSECURED           202.27          .00           .00
FIGI INC                 NOTICE ONLY      NOT FILED          .00           .00
ECAST SETTLEMENT CORP    UNSECURED         11257.24          .00           .00
HSBC                     UNSECURED          2038.65          .00           .00
HSBC                     UNSECURED          1048.17          .00           .00
HSBC                     UNSECURED           657.05          .00           .00
NCB MANAGEMENT           UNSECURED        NOT FILED          .00           .00
NATIONAL AMERICAN CREDIT NOTICE ONLY      NOT FILED          .00           .00
ROUNDUP FUNDING LLC      UNSECURED           987.34          .00           .00
THD/CBSD                 UNSECURED        NOT FILED          .00           .00
THINK CASH               UNSECURED        NOT FILED          .00           .00
ROUNDUP FUNDING LLC      UNSECURED           453.51          .00           .00

                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 18496 GLENANN SPAULDING
```

```
WELLS FARGO BANK            UNSECURED      NOT FILED              .00           .00
ROUNDUP FUNDING LLC         UNSECURED         670.67              .00           .00
ROUNDUP FUNDING LLC         UNSECURED         658.69              .00           .00
BEVERLY HIGHTSHOE           NOTICE ONLY    NOT FILED              .00           .00
WELLS FARGO                 MORTGAGE NOTI  NOT FILED              .00           .00
HOUSEHOLD FINANCE CORP      MORTGAGE NOTI  NOT FILED              .00           .00
HSBC                        UNSECURED            .00              .00           .00
HSBC                        UNSECURED            .00              .00           .00
HSBC                        UNSECURED            .00              .00           .00
NATIONAL AMERICAN CREDIT    UNSECURED        2060.40              .00           .00
NATIONAL AMERICAN CREDIT    FILED LATE        756.16              .00           .00
GLEASON & GLEASON LLC       DEBTOR ATTY     3,500.00                       1,544.19
TOM VAUGHN                  TRUSTEE                                          119.81
DEBTOR REFUND               REFUND                                              .00
```

     Summary of Receipts and Disbursements:
    -------------------------------------------------------------------------
                          RECEIPTS             DISBURSEMENTS
    -------------------------------------------------------------------------
    TRUSTEE               1,664.00

    PRIORITY                                            .00
    SECURED                                             .00
    UNSECURED                                           .00
    ADMINISTRATIVE                                 1,544.19
    TRUSTEE COMPENSATION                             119.81
    DEBTOR REFUND                                       .00
                         ---------------      ---------------
    TOTALS                1,664.00                1,664.00

     Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 03/05/09                _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                            PAGE   2
            CASE NO. 08 B 18496 GLENANN SPAULDING